The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Dennis Holland
     v. Commonwealth of Virginia
     Record No. 0965-12-3
     Opinion rendered by Judge Humphreys on
     October 22, 2013

2. Traveyan Lee Chambliss
     v. Commonwealth of Virginia
     Record No. 0983-12-2
     Opinion rendered by Judge Huff on
     October 22, 2013

3. Mark Farewell
     v. Commonwealth of Virginia
     Record No. 1572-12-2
     Opinion rendered by Judge Huff on
     October 22, 2013

4. Darren D. Snowden
     v. Commonwealth of Virginia
     Record No. 1570-12-1
     Opinion rendered by Judge Alston on
     October 29, 2013

5. Levin Grimes
     v. Commonwealth of Virginia
     Record No. 0293-13-1
     Opinion rendered by Judge McCullough on
     October 29, 2013

6. Jared Benjamin Bailey
     v. Commonwealth of Virginia
     Record No. 0465-12-2
     Opinion rendered by Senior Judge Coleman on
     October 29, 2013

7. <u>Kerry Lee Winslow</u>
    v. <u>Commonwealth of Virginia</u>
   Record No. 2113-12-1
   Opinion rendered by Judge Kelsey on
    November 8, 2013